# ALABAMA COURT OF CRIMINAL APPEALS



July 18, 2025

**CR-2024-0116**
Terrence Allen Watkins v. State of Alabama (Appeal from Jefferson Circuit Court: CC-20-1040)

## <u>NOTICE</u>

You are hereby notified that on July 18, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk